THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ARCHIE MILLER, Appellant.

Argued October 19, 1942; decided December 3, 1942.

*Joseph Tauber, David Gleiberman* and *Alexander E. Racolin* for appellant.

*Thomas Cradock Hughes, Acting District Attorney* (*William I. Siegel* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.